IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| EDWARD ARLEN JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ARLEN JOHNSON, et al.,<br><br>    Defendants, | MEMORANDUM DECISION AND ORDER CONCERNING IDENTIFICATION OF DEFENDANTS<br><br><br><br>Case No. 2:05-CV-749 TS |

Construing Plaintiff's Amended Compliant liberally,[1] and in accordance with direction from the Tenth Circuit Court of Appeals, the Court has found that plaintiff has asserted causes of action against unidentified jail officials from the Salt Lake County Sheriff's Department, Officer Ken Yurgelon of the Midvale City Police Department, and unnamed Midvale City Police Officers.[2] Plaintiff's Amended Complaint has been served on Defendant Yurgelon[3] and he has filed an Answer.[4] Plaintiff, through his various filings, has attempted to identify some of these

---

[1] *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

[2] Docket No. 57.

[3] Docket No. 73.

[4] Docket No. 64.

previously unidentified jail officials and police officers.[5]  However, the identity of these individuals remains unclear to the Court.  Thus, the Court is unable to serve process on these individuals.

It is therefore

ORDERED that Plaintiff clearly identify those unidentified jail officials from the Salt Lake County Sheriff's Department and unnamed Midvale City Police Officers against whom Plaintiff wishes to pursue his claims within thirty (30) days.  Failure to do so may result in a dismissal of Plaintiff's causes of action against these unidentified individuals.

DATED   September 24, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[5] *See* Docket Nos. 80, 83, and 85.  While Defendant has named a number of officers in these documents it is unclear to the Court whether these are the unidentified jail officials from the Salt Lake County Sheriff's Department and unnamed Midvale City Police Officers discussed in Plaintiff's Amended Complaint or whether these are merely the individuals who responded to Plaintiff's grievance forms.  *See* Docket No. 80.