IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| EDWARD ARLEN JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ARLEN JOHNSON, et al.,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER GRANTING PLANTIFF'S MOTION FOR SERVICE OF PROCESS<br><br>Case No. 2:05-CV-749 TS |

The Court has previously held that it "construes Plaintiff's Amended Complaint as alleging a cause of action for unlawful detention, false imprisonment, and/or excessive force against unidentified jail officials from the Salt Lake County Sheriff's Department . . . [and] a cause of action for false arrest against Officer Ken Yurgelon and unnamed Midvale City Police Officers."[1] The Court has dismissed all of Plaintiff's remaining claims.[2] The Court subsequently ordered Plaintiff to identify those unidentified jail officials and unnamed Midvale City Police Officers.[3] Plaintiff, through a number of filings, has now attempted to do so.

---

[1] Docket No. 57, at 2.

[2] *Id.*, at 2 & n.5.

[3] Docket No. 88.

1

It is therefore

ORDERED that the United States Marshall shall serve a copy of the Complaint and Summons upon the following defendants:

Officer Woffinder, Midvale City Police Department

Officer Wiseman, Midvale City Police Department

Officer Clawson, Midvale City Police Department

Officer Evans, Midvale City Police Department

Officer Martin, Midvale City Police Department

Officer Roberts, Midvale City Police Department

Officer Gibbs, Midvale City Police Department

Officer McCorbes, Midvale City Police Department

Officer Grant Burbidge, Salt Lake County Sheriff's Department

Detective K. Cowley, Salt Lake County Sheriff's Department

Officer Ashman, Salt Lake County Sheriff's Department

Sgt. Brett Anjewierden, Salt Lake County Sheriff's Department

Officer Coker, Salt Lake County Sheriff's Department

Officer Gillespie, Salt Lake County Sheriff's Department

Officer Wilbur, Salt Lake County Sheriff's Department

Officer Hansen, Salt Lake County Sheriff's Department

Officer Leder, Salt Lake County Sheriff's Department

Capt. Dial, Salt Lake County Sheriff's Department

Officer Miller, Salt Lake County Sheriff's Department

      Officer Harmer, Salt Lake County Sheriff's Department

      Officer MC Clene, Salt Lake County Sheriff's Department

      Officer Garner, Salt Lake County Sheriff's Department

      Captain Ron Adamsa, Salt Lake County Sheriff's Department

      Lt. Jim Walterhow, Salt Lake County Sheriff's Department

All costs of service shall be advanced by the United States. It is further

      ORDERED that Plaintiff shall serve upon the defendants, or if appearance has been entered by counsel, upon their attorney, a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the clerk of the court a certificate stating the date that a true and correct copy of any document was mailed to the defendants or their legal counsel. Any paper received by a district judge or magistrate judge which fails to include a certificate of services will be disregarded by the Court.

      DATED   November 8, 2007.

                                    BY THE COURT:

                                    _____

                                    TED STEWART
                                    United States District Judge