IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| EDWARD ARLEN JOHNSON,<br><br>     Plaintiff,<br><br>vs.<br><br>ARLEN JOHNSON, et al.,<br><br>     Defendant. | MEMORANDUM DECISION AND ORDER GRANTING PLANTIFF'S MOTION FOR SERVICE OF PROCESS<br><br><br><br>Case No. 2:05-CV-749 TS |

The Court has previously held that it "construes Plaintiff's Amended Complaint as alleging a cause of action for unlawful detention, false imprisonment, and/or excessive force against unidentified jail officials from the Salt Lake County Sheriff's Department . . . [and] a cause of action for false arrest against Officer Ken Yurgelon and unnamed Midvale City Police Officers."[1] The Court has dismissed all of Plaintiff's remaining claims.[2] On November 8, 2007, the Court granted Plaintiff's Motion for Service of Process and ordered that a number of individuals be served.[3]

---

[1] Docket No. 57, at 2.

[2] *Id.*, at 2 & n.5.

[3] Docket No. 94.

1

Plaintiff has now presented the names of two officers involved with his booking at the Salt Lake County Jail and requests that they also be served.[4]

It is therefore

ORDERED that the United States Marshall shall serve a copy of the Complaint and Summons upon the following defendants:

Kate Olsen, Salt Lake County Sheriff's Department

Veis Moungaafi, Salt Lake County Sheriff's Department

All costs of service shall be advanced by the United States. It is further

ORDERED that Plaintiff shall serve upon the defendants, or if appearance has been entered by counsel, upon their attorney, a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the clerk of the court a certificate stating the date that a true and correct copy of any document was mailed to the defendants or their legal counsel. Any paper received by a district judge or magistrate judge which fails to include a certificate of services will be disregarded by the Court.

DATED   November 26, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[4]Docket No. 95.